1  MELINDA HAAG (CABN 44332)
   United States Attorney
2
   MIRANDA KANE (CABN 163973)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California  94102
       Telephone:        (415) 436-7301
7      Facsimile:        (415) 436-6982
       natalie.lee2@usdoj.gov
8
9  Attorneys for the United States of America

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,        ) No. CR 12-00749 WHA
                                      )
16 |     v.                           )
                                      ) STIPULATION AND [PROPOSED] ORDER
17 |                                  ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
   | ELLIS BUCKLEY,                   )
18 |                                  )
                                      )
19 |        Defendant.                )
                                      )
20 |_____)

21         On April 4, 2013, the parties made an initial appearance before the Court, and Defendant

22 was arraigned on the indictment.  The parties requested, and the Court scheduled, an appearance

23 before the district court, the Honorable William H. Alsup, on April 16, 2013 at 2 p.m. The

24 United States produced discovery to Defendant later that same day, on April 4, 2013.

25         The parties now request that the time between April 4, 2013 and April 16, 2013, be

26 excluded from the running of the speedy trial clock for effective preparation of counsel, 18

27 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the public interest in

28

1  prompt disposition of criminal cases, good cause exists for this extension. The parties also
2  agreed that the ends of justice served by granting such a continuance outweighed the best
3  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
4  SO STIPULATED:

          MELINDA HAAG
          United States Attorney

8  DATED: April 5, 2013      /S/
          NATALIE LEE
9            Assistant United States Attorney

11 DATED: April 5, 2013      /S/
          RITA BOSWORTH
12           Attorney for Ellis Buckley

14      For the reasons stated above, the Court finds that the exclusion of time from April 4,
15  2013 through April 16, 2013 is warranted and that the ends of justice served by the continuance
16  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161
17  (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective
18  preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. §
19  3161(h)(7)(B)(iv).
20  SO ORDERED.

22  DATED:  April 11, 2013.

*Judge William Alsup* (signed, United States District Court, Northern District of California seal)